# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

TIM MILBURN                                                       PLAINTIFF

V.                      NO. 3:11CV00005 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 13th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE